H. RONALD LEVINE v. MAYOR OF THE CITY OF
PASSAIC, ET AL.

June 27, 1989.

Petition for certification denied.

EMILY VENETSANOS, ET AL. v. MURRAY CHRIS CRAFT, INC.,
ET AL. AND
WILSON'S MARINELAND.

June 27, 1989.

Petition for certification denied.

IN RE PETITION FOR SUBSTANTIVE CERTIFICATION FILED
BY THE TOWNSHIP OF FRANKLIN.

June 27, 1989.

Petition for certification denied.

IN THE MATTER OF THE GUARDIANSHIP OF T.J.S.

June 27, 1989.

Petition for certification denied.